CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

───────────────────────────────────────────────────────────────

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

───────────────────────────────────────────────────────────────

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  2:08-CR-00631 DAK |
| Plaintiff, | : | |
| v. | : | SUPPLEMENTAL NOTIFICATION OF DISCOVERY COMPLIANCE |
| | : | |
| BRENT BULLOCK and  TAMMY SHUMWAY, | | JUDGE DALE A. KIMBALL |
| | : | |
| Defendants. | : | |

───────────────────────────────────────────────────────────────

The United States of America, through the undersigned, pursuant to DUCrimR 16-1(h), and pursuant to its Statement of Discovery Protocol filed in this case, provides notice of the following disclosures to counsel for the defendant:

1.  CD Labeled Supplemental Discovery 1, bates numbered SUPP_00001-000145

2.  AUDIO CD Labeled Supplemental Discovery 2, bates numbered SUPP_000146

3.  CD Labeled Supplemental Discovery 3, bates numbered SUPP_000147

4. AUDIO DVD Labeled Supplemental Discovery 4, bates numbered

SUPP_000148

DATED this 26th day of February, 2010.

                                          CARLIE CHRISTENSEN
                                        Acting United States Attorney


                                        /s/ *Richard D. McKelvie*

                                        Richard D. McKelvie

                                        Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing SUPPLEMENTAL NOTIFICATION OF COMPLIANCE was mailed by FEDEX to counsel listed below, this 26th day of February 2010.

**Earl G. Xaiz**
YENGICH RICH & XAIZ
175 E 400 S STE 400
SALT LAKE CITY, UT 84111
*Attorney for* **Brent Bullock**

**Fred Metos**
10 W BROADWAY STE 650
SALT LAKE CITY, UT 84101
*Attorney for* **Tammy Shumway**

                                          */s/ Kristine Osmond*
                                          United States Attorney's Office